UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DOUGLAS A. DYER, )
)
    Petitioner, )
)
v. )
) No.: 1:21-CV-299-CLC-CHS
MICHELLE FULGAM, )
)
    Respondent. )

## O R D E R

Petitioner Douglas A. Dyer, a federal inmate on home confinement, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the Bureau of Prison's calculation and application of his Earned Time Credits under the First Step Act [Doc. 1]. Petitioner has paid the filing fee.

Petitioner claims that he exhausted the Bureau of Prison's administrative remedy process prior to filing this action, and he seeks an expedited review of his petition given his projected release date of March 2022 [*See* Doc. 1 p. 4]. Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days of the date of this Order. If Petitioner chooses to file a reply, he shall do so within twenty-one (21) days of the response. The Clerk is **DIRECTED** to serve a copy of the petition for a writ of habeas corpus and this Order upon Respondent.

Also, Petitioner is **ORDERED** to immediately inform the Court and Respondent of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his address, to monitor

the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Any failure by Petitioner to provide a correct address to this Court within fourteen (14) days of any change in address may result in the dismissal of this action.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**