UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DOUGLAS A. DYER, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No.: 1:21-CV-299-CLC-CHS |
| MICHELLE FULGAM, | ) ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, Respondent's motion to dismiss [Doc. 11] is **DENIED** and Douglas A. Dyer's petition is **GRANTED** to reduce his remaining term of supervised release by 489 days pursuant to the provisions of the First Step Act.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ *LeAnna R. Wilson*
 CLERK OF COURT