UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DOUGLAS A. DYER,<br>            Petitioner,<br><br>v.<br><br>MICHELLE FULGAM,<br>in her official capacity,<br>            Respondent. | No. 1:21-cv-299<br>Judge Collier |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(a)(1)(B), respondent Michelle Fulgam appeals to the United States Court of Appeals for the Sixth Circuit from this Court's judgment, entered May 20, 2022.

            Respectfully submitted,

            Francis M. Hamilton III
            United States Attorney

            *s/ Debra A. Breneman*
            Debra A. Breneman
            Assistant United States Attorney
            PA Bar No. 93171
            debra.breneman@usdoj.gov
            800 Market Street, Suite 211
            Knoxville, Tennessee 37902
            (865) 545-4167

## CERTIFICATE OF SERVICE

I certify that on July 18, 2022, this notice was filed electronically, and a true copy was sent to petitioner by regular United States mail, postage prepaid, addressed as follows:

Douglas A. Dyer
179 Callaway Court
Chattanooga, TN 37421

            *s/ Debra A. Breneman*
            Debra A. Breneman
            Assistant United States Attorney