**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |


Filed:  July 19, 2022


Ms. Debra A. Breneman
Office of the U.S. Attorney
800 Market Street
Suite 211
Knoxville, TN 37902

Douglas A. Dyer
179 Callaway Court
Chattanooga, TN 37421

Re:  Case No. 22-5608, *Douglas Dyer v. Michelle Fulgam*
Originating Case No.: 1:21-cv-00299

Dear Counsel and Mr. Dyer,

This case has been docketed as case number **22-5608** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

At this stage of the appeal, the following forms should be downloaded from the Court's web site: www.ca6.uscourts.gov and filed with the Clerk's office by **August 2, 2022**.  More specific instructions are printed on each form.

Appellant:   Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)


If Petitioner wishes to have counsel appointed to represent him on appeal, petitioner must first be declared an indigent.  See Sixth Circuit Internal Operating Procedure 22(c) (the clerk will appoint counsel when a pro se applicant is the appellee in a 28 U.S.C. §§ 2241, 2254, or 2255 case **and the applicant is indigent**).

To determine indigency, petitioner must file a motion for pauper status, along with a financial affidavit, with the **U.S. District Court**.  If that motion is filed and subsequently granted by the

district court, this court will appoint counsel.  If the motion is filed and subsequently denied by the district court, petitioner has fourteen (14) days from the date of that denial to renew the motion for pauper status, along with a financial affidavit, in this Court.

    Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

                Sincerely,

                s/Antoinette Macon
                Case Manager
                Direct Dial No. 513-564-7015

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 22-5608

DOUGLAS A. DYER

      Petitioner - Appellee

v.

MICHELLE FULGAM, In her capacity as action manager of the Nashville, TN RRM, with responsibility of the Chattanooga, TN Halfway House

      Respondent - Appellant